sage PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 09/02/2026, Carter Obriant

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Eastern District of North Carolina .

Case number: 26-02886

Certificate number: NCE26-028865008319

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance